# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SCOTT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>M.D. BITER, Warden,<br><br>　　　　Respondent. | Case No. 1:16-cv-00386-SKO  HC<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(Doc.7) |

On March 25, 2016, Petitioner filed a motion to proceed *in forma pauperis*. Because the Court previously granted Petitioner leave to proceed *in forma pauperis*, the motion is DENIED as moot.

IT IS SO ORDERED.

Dated:　**March 28, 2016**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1