# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SCOTT,<br><br>        Petitioner,<br><br>  v.<br><br>M.D. BITER, Warden,<br><br>        Respondent. | Case No. 1:16-cv-00386-DAD-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner is presently incarcerated in Kern Valley State Prison, Delano, California. As a result, Christian Pfeiffer, Warden of Kern Valley State Prison has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Christian Pfeiffer, Warden, Kern Valley State Prison, as Respondent.

IT IS SO ORDERED.

Dated: **June 21, 2016**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1