# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SCOTT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHRISTIAN PFEIFFER, Warden, Kern Valley State Prison,<br><br>　　　　Respondent. | Case No. 1:16-cv-00386-DAD-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br>(Doc. 17) |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in High Desert State Prison, Susanville, California. As a result, M. Eliot Spearman, Warden of High Desert State Prison, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of M. Eliot Spearman, Warden, High Desert State Prison, as Respondent.

IT IS SO ORDERED.

Dated: __November 7, 2016__　　　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE